UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOURTHERN DIVISION

TIMOTHY EARL FIELDS,

    Petitioner,                      CASE NO. 2:12-CV-15119
                                                HONORABLE PAUL D. BORMAN
v.                                      UNITED STATES DISTRICT JUDGE

DAVID BERGH,

    Respondent,
_____/

## ORDER GRANTING PETITIONER AN EXTENSION OF TIME TO FILE A TRAVERSE OR REPLY BRIEF TO THE RESPONDENT'S ANSWER.

    Before the Court is petitioner's motion for an enlargement of time to file a reply to the respondent's answer.

    The Court will give petitioner ninety days from the date of this order to file a traverse or reply brief to the respondent's answer. Rule 5(e) of the Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254 states that a habeas petitioner "may submit a reply to the respondent's answer or other pleading within a time fixed by the judge." *See Baysdell v. Howes,* U.S.D.C. No. 04-CV-73293-DT; 2005 WL 1838443, * 4 (E.D. Mich. August 1, 2005).

    **IT IS HEREBY ORDERED** That Petitioner shall have **ninety (90) days** from the date of this order to file a traverse or reply brief.

**SO ORDERED**

                                                    s/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: July 17, 2013

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 17, 2013.

                                        s/Deborah Tofil
                                        Case Manager